■ Natara Matias, Appellant, v New York and Presbyterian Hospital et al., Respondents. [26 NYS3d 859]—

Order, Supreme Court, New York County (Nancy M. Bannon, J.), entered September 30, 2014, which, insofar as appealed from, granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff has failed to produce any evidence that defendants were motivated by discriminatory animus in subjecting her to adverse treatment, including repeated suspensions, an essential element of her claims for national-origin-based employment discrimination under the New York State and City Human Rights Laws (*see Askin v Department of Educ. of the City of N.Y.*, 110 AD3d 621 [1st Dept 2013]; *Bennett v Health Mgt. Sys., Inc.*, 92 AD3d 29, 46 [1st Dept 2011], *lv denied* 18 NY3d 811 [2012]). The absence of any evidence of discriminatory animus is equally fatal to any claim of mixed motive (*see Bennett* at 40).

There is no evidence that plaintiff ever engaged in any "protected activity" for purposes of her retaliation claims (*Fruchtman v City of New York*, 129 AD3d 500, 501 [1st Dept 2015]). Concur—Mazzarelli, J.P., Manzanet-Daniels, Kapnick and Webber, JJ.